```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                              :
RAFAELA MALDONADO,                           :

                                                 Plaintiff,     :               1:20-cv-07447-GHW

                                   -v -                                      :                     <u>ORDER</u>

COMMISSIONER OF SOCIAL SECURITY,   :

                                              Defendant.   :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Plaintiff's application to proceed *in forma pauperis*, Dkt No. 4, is denied without prejudice.

Plaintiff did not complete all parts of question 3. Plaintiff is directed to answer all questions on the application form and resubmit the application.

       SO ORDERED.

Dated: September 15, 2020
        New York, New York
                                                                GREGORY H. WOODS
                                                              United States District Judge