USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                        :
RAFAELA MALDONADO,               :
                        :
                  Plaintiff,    :     1:20-cv-07447-GHW
                        :
          -v -                   :     <u>ORDER</u>
                        :
COMMISSIONER OF SOCIAL SECURITY,   :
                        :
               Defendant.   :
                        :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court will hold a teleconference regarding Plaintiff's September 16, 2020 application to proceed *in forma pauperis*, Dkt No. 8, on September 21, 2020 at 3 p.m. Plaintiff is directed to consult the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for dial-in information and other instructions. Plaintiff is specifically directed to comply with Emergency Rule 2(C).

      SO ORDERED.

Dated: September 16, 2020
       New York, New York

                                                    _____
                                                      GREGORY H. WOODS
                                                    United States District Judge