UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021
```

RAFAELA M. MALDONADO,

        Plaintiff,

        -v-

ANDREW SAUL,
Commissioner Of Social Security,

        Defendant

Civil Action No. 20-cv-7447

**FINAL JUDGMENT**

This matter having been REMANDED and DISMISSED by the Court upon stipulation of the parties pursuant to 42 U.S.C. § 405(g) and in conformity with Fed. R. Civ. P. 58,

IT IS, on this  15th  day of  June , 2021,

ORDERED and ADJUDGED that the within matter be, and hereby is REMANDED for further proceedings and DISMISSED.

*Katherine H. Parker*

HON. KATHERINE H. PARKER,
U.S. Magistrate Judge
United States District Court