**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

RAFAELA M. MALDONADO,

Plaintiff,

-v-

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/2021

20 **CIVIL** 7447 (KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 15, 2021, the within Title XVI cause of action is remanded

to the Defendant under the fourth sentence of 42 U.S.C. § 405(g), so that, should the Appeals

Council remand to an Administrative Law Judge (ALJ), upon remand, the ALJ will conduct

further proceedings and develop the administrative record as necessary to determine whether

Plaintiff is disabled within the meaning of the Social Security Act, including offering Plaintiff a

new hearing, and issuing a new decision; and Plaintiff, through the undersigned attorney, having

consented to the order and the requested remand, and the Court having considered the matter, the

final decision of the Commissioner be and hereby is REVERSED, and the matter is

REMANDED to the Defendant for further administrative action under the fourth sentence of 42

U.S.C. § 405(g). The within matter, be and hereby is, DISMISSED with prejudice.

**Dated:** New York, New York
     June 16, 2021

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

    **Deputy Clerk**